

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EDDIE ESTEP, | § | No. 08-19-00280-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04089) |
| | § | |

**O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued October 5, 2020. The appeal is therefore reinstated, and the Appellant's brief is now due January 20, 2021.

IT IS SO ORDERED this 21st day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.